U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

___

*Nathaniel Botwinick*  
Assistant United States Attorney

*970 Broad Street, Suite 700*  
*Newark, NJ 07102*  
*Nathaniel.Botwinick@usdoj.gov*

main:   (973) 645-2700  
direct: (973) 645-2858  
fax:     (973) 297-2010

March 15, 2026

**BY ECF**
Hon. Brian R. Martinotti
United States District Judge
Frank R. Lautenberg Post Office and Courthouse
2 Federal Square
Newark, New Jersey 07101

      Re:   *Omar Munoz Arteaga v. Luis Soto, et al.*, No. 26-1799
            Result of Petitioner's Bond Hearing

Dear Judge Martinotti:

    This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's March 9, 2026 order, ECF No. 8, requiring that Petitioner be granted a bond hearing within three days of that order. *See* ECF No. 8.

    On March 13, 2026, U.S. Immigration and Customs Enforcement ("ICE") sent this Office the attached order of the Immigration Court, memorializing that, on March 12, 2026, an Immigration Judge held a bond hearing for Petitioner. *See* Ex. A. The Immigration Judge granted Petitioner's request for bond. *See id.* We therefore respectfully request that Your Honor close this case.

    Thank you very much for your consideration of this matter.

SO ORDERED.

*Brian R. Martinotti*
_____
BRIAN R. MARTINOTTI, USDJ
DATED: MARCH 16, 2026

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney

By:   */s/ Nathaniel Botwinick*
      NATHANIEL BOTWINICK
      Assistant United States Attorney

*Attorneys for Respondents*

cc: Counsel of record (by ECF)

# EXHIBIT A



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ELIZABETH IMMIGRATION COURT**

Respondent Name:

    MUNOZ-ARTEAGA, OMAR

To:

cini, robert
37 Court Street, Suite 2B, Freehold, New Jersey 07728
Freehold, NJ 07728

A-Number:

Riders:
In Custody Redetermination Proceedings

Date:
03/12/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☑ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☑ released from custody under bond of $ 15,000.00
    ☑ other:
        The Court has held an individualized bond hearing under 8 USC Section 1226(a), as directed by order of the district court.

☐ Other:

Immigration Judge: Chen, Shana 03/12/2026

Appeal:   Department of Homeland Security:  ☐ waived   ☑ reserved
          Respondent:                         ☑ waived   ☐ reserved
Appeal Due: 04/13/2026

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : MUNOZ-ARTEAGA, OMAR | A-Number : ▓▓▓▓▓▓▓▓
Riders:
Date: 03/12/2026 By: MUNOZ, ISSAYANA, Court Staff